## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES DEAN JR., | ) | Case No. 10 CV 5619 |
| | ) | |
| Plaintiffs, | ) | Judge Matthew F. Kennelly |
| | ) | |
| v. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| | ) | **JURY DEMAND** |
| CITY OF CHICAGO, ET AL. | ) | |
| | ) | |
| Defendants, | ) | |

## <u>ATTORNEYS' LIEN</u>

Now comes, Gregory E. Kulis and Associates, Ltd., and in support of their Attorney Lien, states as follows:

1. Gregory E. Kulis & Associates, Ltd. is currently legal counsel for the Plaintiff, James Dean Jr.

2. While representing the Plaintiff, Gregory E. Kulis & Associates, Ltd. is incurring legal expenses and costs.

3. This is a notice of our Attorneys' Lien in conjunction with out Attorney/Client Contingency Agreement and Statutory Fee Provision under 42 USC 1988.

        Respectfully submitted,

        By: /s/Gregory E. Kulis_____
        Gregory E. Kulis and Associates, Ltd.

Gregory E. Kulis and Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830
Attorney No. 70798