**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES DEAN, JR., CATHERINE GILDEA, TODD SWINGLEY, SHAWN RAUCH, STACIE HUDGENS, STEVE LOPEZ, OSCAR FAEZELL, ANDREW KEIRCUL, JON BARRET, JULIE MATT, BRITTANY SUMMERFORD, ADAM GARVEY, DAVID SIEBERT, JOSEPH SMITH, STEVE DERRY, RYAN NILSON, JESSE LEVIN, STEVE KOPP, AND DARRELL MITCHELL, Plaintiffs, v. CITY OF CHICAGO, and CHICAGO POLICE OFFICER R. FIORITO, Star # 11624, Defendants, | No. 1:09-cv-1190 Honorable Judge Kennelly Magistrate Judge Nolan |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter is resolved as to Plaintiffs Joseph Smith, Steve Derry, David Seibert, Todd Swingley, Oscar Faezell as to Defendants City of Chicago and Chicago Police Officer R. Fiorito (Star #11624) and Plaintiffs Joseph Smith, Steve Derry, David Seibert, Todd Swingley, Oscar Faezell voluntarily dismiss all parties as to all of their claims, with prejudice, with each side bearing its own costs.

Respectfully submitted,

Erickson & Oppenheimer, Ltd.

By: _____s/ Jon F. Erickson_____
 One of the Attorneys for Plaintiffs

Dykema Gossett PLLC

By: _____s/ Kimberly D. Fahrbach_____
 One of the Attorneys for Defendant

City of Chicago

Querrey & Harrow Ltd.

By: ____s/ Daniel F. Gallagher___
One of the Attorneys for Defendant
R. Fiorito Star #11624

Dated:

| | | |
|---|---|---|
| Jon F. Erickson | Terrence M. Burns | Daniel F. Gallagher |
| Erickson & Oppenheimer, LTD. | Kimberly D. Fahrbach | Querrey & Harrow Ltd. |
| 217 N. Jefferson | Dykema Gossett, PLLC | 174 W. Jackson Blvd. |
| Suite 100 | 10 S. Wacker Drive | Suite 1600 |
| Chicago, IL 60661 | Suite 2300 | Chicago, IL 60604 |
| 312-327-3370 | Chicago, IL 60606 | 312-540-7000 |
| | 312-876-1700 | |

## **CERTIFICATE OF SERVICE**

       Jon F. Erickson, a licensed attorney, states that the above Stipulation was served on all opposing attorneys, via EM/ECF.

s/ Jon F. Erickson
Jon F. Erickson
217 N. Jefferson, Suite 100
Chicago, IL 60661
312-327-3370