# United States District Court
## Northern District of Illinois
Eastern Division

Dean                                 **JUDGMENT IN A CIVIL CASE**

         v.                                 Case Number: 09 C 1190

City of Chicago

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to plaintiff's acceptance of defendants' offer of judgment, judgment is entered in favor of plaintiff James Dean Jr. and against defendants Officer R. Fiorito and City of Chicago in the amount of $99,999.00, plus attorney's fees and costs in the amount of $250,000.00.

Thomas G. Bruton, Clerk of Court

Date: 8/20/2012                          _____
                                                      /s/ Olga Rouse, Deputy Clerk