**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED JB
SEP 11 2023 KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

James Dean, Jr.

Plaintiff

v.

City of Chicago and Chicago Police Officer R. Fiorito Star # 11624

Defendant

Case Number: 09 C 1190

Judge: Kennelly

Magistrate Judge:

I, James Dean, Jr. have been informed by the judge's chamber that it is necessary and required that the above referenced case be reopened & reviewed. I have been violated by the criminal group of conspirators who feloniously closed my complaint without allowing my day in court. I was forced under extreme duress from Tameya Hamilton and her co-conspirators to settle my hate crime complaint. Surprisingly now there is a fraudulent tax lien assigned having illegal settlement. I continue to be retaliated against & repeatedly arrested because of false info being reported by the City of Chicago & it's employees. I request my case be reopened.

James Dean Jr KG